# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3441

_____

| | | |
|---|---|---|
| Priscilla Leaks, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Cintas Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  March 27, 2003
Filed:  April 3, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Priscilla Leaks appeals from the district court's[1] adverse grant of summary judgment in her action against Cintas Corporation alleging race discrimination. Having reviewed the record de novo and carefully considered the parties' briefs, we agree with the district court's bases for granting summary judgment. See Whitley v. Peer Review Sys., Inc., 221 F.3d 1053, 1055 (8th Cir. 2000) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.